IN THE US DISTRICT COURT OF SOUTHERN NEVADA



**BRIAN EVANS, Plaintiff**
9811 W. Charleston Blvd.
Suite 2-760
Las Vegas, NV 89138

vs.

Yong Kyung, et al

Case Number 2:06-cv-00025

### MOTION TO DISMISS WITHOUT PREJUDICE

As the Defendants have returned the domain name, www.brianevansonline.com and www.brianevans.com back to the Plaintiff, Plaintiff hereby requests this court dismiss this lawsuit without prejudice.

Plaintiff did not serve the lawsuit on the Defendants.

Thank you,

_____
Brian Evans

April 11, 2006

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE
Dated: May 3, 2006.